CHRISTOPHER CHIOU
Acting United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Greg.Addington@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| GERARDO CANO VIQUEZ, | ) | 2:21-cv-590-GMN-EJY |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | FOR REMAND TO AGENCY |
| | ) | |
| MERRICK GARLAND, Attorney General, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

It is hereby agreed and stipulated by all parties, through their respective counsel, that this action be REMANDED to U.S. Citizenship and Immigration Services ("USCIS"), based on the following:

1. This is an action whereby plaintiff alleges unreasonable delay in the administrative adjudication of his application for naturalization (Form N-400). Defendants deny plaintiff's allegation that his application for naturalization has been unreasonably or unlawfully delayed.

2. Following the filing of the within petition and independent of plaintiff's allegations regarding the administrative processing of plaintiff's N-400, the appropriate immigration officials within the U.S. Department of Homeland Security, USCIS, determined that the agency is prepared to approve plaintiff's N-400 but cannot do so without first obtaining a remand of the

N-400 to the agency from this Court. Accordingly, this stipulation for remand is submitted to effectuate USCIS's determination to approve plaintiff's N-400.

3. Following remand of plaintiff's N-400, USCIS will effectuate its determination regarding the disposition of plaintiff's N-400 application for naturalization.

4. That the Court will retain jurisdiction to enforce the terms of this agreement and any disputes that arise thereunder.


/s/ *Brian J. Ramsey*  /s/ *Greg Addington*
BRIAN J. RAMSEY  GREG ADDINGTON
Counsel for Plaintiff  Counsel for Federal Defendants

Based on the foregoing, plaintiff's application for naturalization (Form N-400) is <u>REMANDED to USCIS</u> for further administrative action.

Date: April 29, 2021

_____
UNITED STATES DISTRICT JUDGE